# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HARRIS TUCKER AND KRYSTAL
GAINES, INDIVIDUALLY AND ON
BEHALF OF THE MINOR, BROOKE
TUCKER

NO.   2023 CW 1315

VERSUS

TROPICANA ENTERTAINMENT INC.          **FEBRUARY 16, 2024**
OF DELAWARE, ET AL

---

In Re:   Otis Elevator Company, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 679771.

---

BEFORE:   **WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT